382 A.2d 759

Kirchner v. Linden Laboratories, Inc., Appellant.

Argued March 21, 1977. Carroll F. Purdy, Jr., with him Metzger, Hafer, Keefer, Thomas & Wood, for appellant; Delbert J. McQuaide, with him McQuaide, Blasko & Brown, for appellee.

Order affirmed.